PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. EDWARDS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01750-DMC<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the prior ALJ decision will be vacated, and the agency will issue a new decision. This stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g). The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant.

                          Respectfully submitted,

Dated: May 26, 2022               PHILLIP A. TALBERT
                                    United States Attorney
                                    PETER THOMPSON

```
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration


                              By        /s/ Patrick Snyder
                                        PATRICK SNYDER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant
```

Dated: May 25, 2022

```
                              By        /s/ Jesse Kaplan
                                        (*as authorized via e-mail)
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff
```

## ORDER

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.

Dated: May 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE