JESSE S. KAPLAN   CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

**Attorney for Plaintiff
LARRY EDWARDS**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| LARRY EDWARDS, ) | No.   2:21-cv-01750-DMC |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER |
| ) | APPROVING SETTLEMENT |
| Kilolo Kijakazi, ACTING ) | OF ATTORNEY FEES UNDER |
| COMMISSIONER OF SOCIAL ) | THE EQUAL ACCESS TO |
| SECURITY, ) | JUSTICE ACT [28 U.S.C. |
| ) | §2412(d)] |
| ) | |
| Defendant. ) | |
| ) | |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the

Court, that plaintiff be awarded attorney fees in the amount of Two Hundred and fifty dollars and

no cents ($250.00) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will

be no award of costs under 28 U.S.C. § 1920. This represents compensation for all legal services

[Pleading Title] - 1

rendered by Jesse S. Kaplan for plaintiff in this civil action in accordance with 28 U.S.C. §§ 1920, 2412(d).

Upon the Court's order for EAJA fees to Plaintiff, the government will consider Plaintiff's assignment of those *EAJA* fees to counsel. Pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and does not constitute an admission of liability on the part of defendant under the *EAJA* or otherwise. Payment of this agreed amount shall constitute a complete release and bar to, any and all claims that Plaintiff and/or Jesse S. Kaplan, including Jesse S. Kaplan's firm, may have regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated:  August 26, 2022            /s/  Jesse S. Kaplan

                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff

Dated:  August 26, 2022          /s/ per email authorization

MARY TSAI
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING from the foregoing stipulation, IT IS ORDERED that defendant pay plaintiff's attorney fees pursuant to the *EAJA* in accordance with this stipulation. Plaintiff's motion for attorney fees under the *Equal Access to Justice Act* (Dckt. #15) is hereby denied as moot.

Dated:  August 30, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE